**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>HIEU NGUYEN<br><br>Debtor | Chapter 13<br><br>Case No. 11-15308-SSM |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §521(4)** – Failure of the Debtor to provide proof of Social Security Number.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Hieu Nguyen, Case #11-15308-SSM

*Attend the hearing to be held on September 28, 2011 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __August 23, 2011_____                     __/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman
                                                 Chapter 13 Trustee
                                                 300 N. Washington Street, #400
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of August, 2011, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Hieu Nguyen | Gregory Counts, Esq. |
| Chapter 13 Debtor | Tyler, Bartl, Ramsdell & Counts |
| 9409 Starlit Ponds Drive | 300 N. Washington Street, #202 |
| Fairfax, VA 22032 | Alexandria, VA 22314 |

    ___/s/ Thomas P. Gorman_____
    Thomas P. Gorman