UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HIEU NGUYEN | ) | Case No. 11-15308-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

**ORDER AVOIDING JUDGMENT LIEN**

A hearing was held October 4, 2011, on the debtor's motion (Doc. # 23) to avoid the judgment lien of Navy Federal Credit Union.  Upon consideration of the pleadings, the argument presented at the hearing, and the entire record in this case, it is

**ORDERED:**

1. The $52,377 judgment lien of Navy Federal Credit Union, recorded on March 17, 2011, at Book 00186, page 1889, of the judgment records of Fairfax County, Virginia, is hereby avoided in its entirety, with respect to the property located at 9409 Starlit Ponds Drive, Fairfax, VA 22032.

2. A certified copy of this Order may be recorded in the land records and/or judgment records of Fairfax County, Virginia, evidencing the release of the foregoing Judgment Lien, at the expiration of 14 days from the date of the entry of this Order on this Court's docket (unless the Order is stayed on the motion of NFCU for a stay pending appeal).  The Order should be indexed under the name **HIEU NGUYEN a/k/a HIEU P. NGUYEN.**

3. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____       _____
                                                                                Brian F. Kenney
Alexandria, Virginia                                                 United States Bankruptcy Judge

Copies to:

Gregory H. Counts, Esquire
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
Counsel for the debtor

Marc A. Busman, Esquire
Busman & Busman, P.C.
P.O. Box 7514
Fairfax Station, Virginia 22039
Counsel for Navy Federal Credit Union